UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
DAVID ADAMES,

                    Plaintiff,

         -against-                                      24-cv-0042 (LAK)

MICHAEL EDWARD MARTIN, et ano.,

                    Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The amended notice of removal has failed to cure the lack of adequate allegations of citizenship of the individual parties. Accordingly, the action is remanded to the Supreme Court of the State of New York, County of Bronx, whence it was removed.

       SO ORDERED.

Dated:      January 23, 2024

                                                            Lewis A. Kaplan
                                                 United States District Judge